UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) 3:09-md-02100-DRH<br>)<br>) MDL No. 2100<br>) |

**This Document Relates To:**

| | |
|---|---|
| *Sherry A. Arlia v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12161-DRH |
| *Shawanda Clay v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12935-DRH |
| *Comarie Debidin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12202-DRH |
| *Pamula Early v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11875-DRH |
| *Monique Holmes v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11242-DRH |
| *Laurie Krueger v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10115-DRH |
| *Jennifer Lugo v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11872-DRH |
| *Elizabeth O'Connor v. Bayer Corporation, et al.* | No. 10-cv-20015-DRH |
| *Angela Pupello v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12200-DRH |
| *Kristen Pashkowsky v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10143-DRH |
| *Juanita M. Richard, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10167-DRH |
| *Jessica Sevier v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12946-DRH |

| | |
|---|---|
| *Jennifer Lee Shropshire v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10393-DRH |
| *Sharmon D. Young, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12126-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 20, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
    **Deputy Clerk**

**Dated:**  August 20, 2014

Digitally signed by David R. Herndon
Date: 2014.08.20 15:23:13 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**

2